IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

OMARI PATTON,

       Plaintiff,                      24cv0166

                                      ELECTRONICALLY FILED

   v.

KEITH STAMPER, CRAIG HALLER,
JENNIFER HODGE,

       Defendants.

Order adopting Report and Recommendation and Dismissing Case with Prejudice

Plaintiff filed the instant *pro se* civil rights action on February 8, 2024, alleging a 10-Count Complaint against Defendants, Keith Stamper, a Special Agent with the Drug Enforcement Administration, Assistant United States Attorney in the United States Attorney's Office for the Western District of Pennsylvania, and Jennifer Hodge, a Deputy Assistant Attorney General in the Criminal Division of the U.S. Department of Justice. Plaintiff alleges that Defendants violated his civil rights in connection with allegedly false statements made by Defendants in an application to install a video surveillance device in a vehicle believed to be used in a drug conspiracy. He also alleges Attorney Haller made false statements to a grand jury related to a federal prosecution of Plaintiff for conspiring to distribute a controlled substance in violation of 21 U.S.C. § 846.  This matter was referred to United States Magistrate Judge

Christopher Brown for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.

Pending before this Court is Defendants' Motion to Dismiss the Complaint for failure to state a claim upon which relief may be granted. Doc. 22. Defendants argue that Plaintiff's Complaint should be dismissed in its entirety and raise several arguments in support of dismissal. In the thorough Report and Recommendation of United States Magistrate Judge Christopher Brown, filed on February 7, 2025, it is recommended that Plaintiff's Complaint be dismissed with prejudice as Plaintiff asserts claims that have no private right of action, are not legally recognized, Defendants are entitled to immunity and Plaintiff's purported *Bivens* claims are not recognized causes of action. Doc. 34.

Objections to the Report and Recommendation were due by February 24, 2025. Doc. 34. As of this date, no objections have been filed, and the Court notes that Plaintiff filed a notice confirming his updated address and other documents regarding his election form for Magistrate Judge/District Judge Option on February 18, 2025. Doc. 36 and Doc. 37.

After *de novo* review of the Record in this matter, including the Motion to Dismiss, and well- reasoned and thorough Report and Recommendation of Magistrate Judge Brown, Defendants' Motion to Dismiss is GRANTED.

It is further ORDERED that the March 6, 2022 Report and Recommendation ([Doc. 22](#)) is adopted as the Opinion of the Court.

Finally, it is ORDERED that the Clerk of Court is to mark this matter closed.

SO ORDERED this 10th day of March, 2025.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

CC:   All ECF registered counsel of record

OMARI PATTON
07410-068
DANBURY
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
ROUTE 37
DANBURY, CT 06811
PRO SE